B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Michael Anthony Management, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**94-3388138** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**920 Hillview Ct. #160**<br>**Milpitas, CA**<br>ZIP Code **95035** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| # Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Michael Anthony Management, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Michael Anthony Management, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ C. Randall Bupp**
Signature of Attorney for Debtor(s)

**C. Randall Bupp 065345**
Printed Name of Attorney for Debtor(s)

**Bardellini, Straw, Cavin & Bupp, LLP**
Firm Name

**2000 Crow Canyon Rd., Ste. 330**
**San Ramon, CA 94583**

_____
Address

**Email: crbupp@bscb.com**
**(925) 277-3580  Fax: (925) 277-3591**
Telephone Number

**June  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael A. Harrosh**
Signature of Authorized Individual

**Michael A. Harrosh**
Printed Name of Authorized Individual

**Shareholder/Director**
Title of Authorized Individual

**June  1, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Michael Anthony Management, Inc.**

Case No. _____

Debtor(s)

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **686 Westlife Distribution USA,LLC Wells Fargo Trade Capital LLC Dept 2150 Denver, CO 80291-2150** | **686 Westlife Distribution USA,LLC Wells Fargo Trade Capital LLC Dept 2150 Denver, CO 80291-2150** | **Trade debt** | | **237,813.87** |
| **Bell Sports Inc. 3367 Paysphere Circle Chicago, IL 60674** | **Bell Sports Inc. 3367 Paysphere Circle Chicago, IL 60674** | **Trade debt** | | **84,803.08** |
| **Burton Snowboards P.O. Box 11628 Tacoma, WA 98411-6626** | **Burton Snowboards P.O. Box 11628 Tacoma, WA 98411-6626** | **Trade debt** | **Disputed** | **4,702,262.45** |
| **Coalision 431 Pine Street Suite 301 Burlington, VT 05401** | **Coalision 431 Pine Street Suite 301 Burlington, VT 05401** | **Trade debt** | | **44,590.50** |
| **Dakine 408 Columbia Ave #300 Hood River, OR 97031** | **Dakine 408 Columbia Ave #300 Hood River, OR 97031** | **Trade debt** | | **291,563.70** |
| **DC Shoe's Inc. P.O. Box 749337 Los Angeles, CA 90074-9337** | **DC Shoe's Inc. P.O. Box 749337 Los Angeles, CA 90074-9337** | **Trade debt** | | **60,825.63** |
| **Doc's Ski Haus 2929 Santa Monica Blvd. Santa Monica, CA 90404** | **Doc's Ski Haus 2929 Santa Monica Blvd. Santa Monica, CA 90404** | **Trade debt** | | **61,444.29** |
| **FedEx P.O. Box 7221 Pasadena, CA 91109-7321** | **FedEx P.O. Box 7221 Pasadena, CA 91109-7321** | **Shipping** | | **388,448.47** |
| **Flow Sports/Wells Fargo Trade Capital Dept 1794 Denver, CO 80291-1794** | **Flow Sports/Wells Fargo Trade Capital Dept 1794 Denver, CO 80291-1794** | **Trade debt** | | **732,128.53** |
| **Marker Volkl USA P.O. Box 915197 Dallas, TX 75391-5197** | **Marker Volkl USA P.O. Box 915197 Dallas, TX 75391-5197** | **Trade debt** | | **171,129.00** |
| **Mervin Manufacturing Inc. P.O. Box 514587 Los Angeles, CA 90051-4587** | **Mervin Manufacturing Inc. P.O. Box 514587 Los Angeles, CA 90051-4587** | **Trade debt** | | **154,347.31** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Michael Anthony Management, Inc.**                                    Case No. _____
　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Next Level**<br>**4119 North Freeway Blvd.**<br>**Unit C**<br>**Sacramento, CA 95834** | **Next Level**<br>**4119 North Freeway Blvd. Unit C**<br>**Sacramento, CA 95834** | **Racking** | | **150,795.99** |
| **Nitro USA**<br>**5 Commerce Ave.**<br>**West Lebanon, NH 03784** | **Nitro USA**<br>**5 Commerce Ave.**<br>**West Lebanon, NH 03784** | **Trade debt** | | **215,474.74** |
| **Quiksilver/QS Wholesale Inc.**<br>**PO Box 749340**<br>**Los Angeles, CA 90074-9340** | **Quiksilver/QS Wholesale Inc.**<br>**PO Box 749340**<br>**Los Angeles, CA 90074-9340** | **Trade debt** | | **59,823.87** |
| **Rome SDS**<br>**P.O. Box 1323**<br>**Williston, VT 05495** | **Rome SDS**<br>**P.O. Box 1323**<br>**Williston, VT 05495** | **Trade debt** | | **333,463.36** |
| **Rossignol Ski Company**<br>**75 Remittance Drive Suite 3080**<br>**Chicago, IL 60675-3080** | **Rossignol Ski Company**<br>**75 Remittance Drive Suite 3080**<br>**Chicago, IL 60675-3080** | **Trade debt** | | **102,954.41** |
| **Salomon**<br>**P.O. Box 3141**<br>**Carol Stream, IL 60132-3141** | **Salomon**<br>**P.O. Box 3141**<br>**Carol Stream, IL 60132-3141** | **Trade debt** | | **176,642.85** |
| **Sessions/Samsung America Inc.**<br>**C/O Citibank Lockbox Operation**<br>**P.O. Box 7247-7189**<br>**Philadelphia, PA 19170-7189** | **Sessions/Samsung America Inc.**<br>**C/O Citibank Lockbox Operation**<br>**P.O. Box 7247-7189**<br>**Philadelphia, PA 19170-7189** | **Trade debt** | | **137,184.00** |
| **Shaun Palmer LTD**<br>**CH-8750 Glarus Graubunder Kantonalbank**<br>**CH-7002 Chur Switzerland**<br>**Chur, BR 94566** | **Shaun Palmer LTD**<br>**CH-8750 Glarus Graubunder Kantonalbank**<br>**CH-7002 Chur Switzerland**<br>**Chur, BR 94566** | **Trade debt** | | **152,463.08** |
| **Smith Sport Optics Inc.**<br>**P.O. Box 4300 Mail Stop 79**<br>**Portland, OR 97208** | **Smith Sport Optics Inc.**<br>**P.O. Box 4300 Mail Stop 79**<br>**Portland, OR 97208** | **Trade debt** | | **136,102.58** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Shareholder/Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 1, 2010** _____     Signature  **/s/ Michael A. Harrosh** _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael A. Harrosh**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Shareholder/Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Case: 10-55755    Doc# 1    Filed: 06/01/10    Entered: 06/01/10 12:04:58    Page 5 of 32

B6A (Official Form 6A) (12/07)

In re **Michael Anthony Management, Inc.**                              , Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Michael Anthony Management, Inc.**                                        Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                      Best Case Bankruptcy

In re **Michael Anthony Management, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1 continuation sheets attached

In re  **Michael Anthony Management, Inc.**                    ,     Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1898**<br><br>**CA. State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-7072** | - | | **April 2010 thru May 26,2010**<br><br>**Sales Tax - April 2010  $5783.74; May 1 Thru May 26,2010  $8414.02** | | | | **14,197.76** | **0.00**<br><br>**14,197.76** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00**<br>**14,197.76** | **14,197.76** |
| Total<br>(Report on Summary of Schedules) | **0.00**<br>**14,197.76** | **14,197.76** |

B6F (Official Form 6F) (12/07)

In re **Michael Anthony Management, Inc.**, Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx0011**<br><br>**686 Westlife Distribution USA,LLC**<br>**Wells Fargo Trade Capital LLC**<br>**Dept 2150**<br>**Denver, CO 80291-2150** | - | | | 11/24/09-09/30/10<br>Trade debt | | | | 237,813.87 |
| Account No. **None**<br><br>**Academy Snowboard Co.**<br>**2551 State Street Suite 227**<br>**Carlsbad, CA 92008** | | | | 03/09/10<br>Trade debt | | | | 11,104.50 |
| Account No. **xxxxxx1800**<br><br>**Adtech**<br>**1571 E. Whitmore Ave**<br>**Ceres, CA 95307** | - | | | 04/05/10-05/19/10<br>IT services | | | | 19,483.99 |
| Account No. **None**<br><br>**Advanced Security Engineering**<br>**7060 Koll Center Parkway Suite 316**<br>**Pleasanton, CA 94566** | - | | | 04/09/10-04/17/10<br>Alarm | | | | 9,737.51 |

__9__ continuation sheets attached

Subtotal
(Total of this page)            **278,139.87**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:29598-100510   Best Case Bankruptcy

In re   **Michael Anthony Management, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None** <br><br> **Arbor** <br> **102 Washington Blvd.** <br> **Venice, CA 90292** | - | | 05/01/10 <br> Trade debt | | | | 18,031.80 |
| Account No. **xxx6114** <br><br> **Bell Sports Inc.** <br> **3367 Paysphere Circle** <br> **Chicago, IL 60674** | - | | 01/15/10-03/05/10 <br> Trade debt | | | | 84,803.08 |
| Account No. **x3572** <br><br> **Burton Snowboards** <br> **P.O. Box 11628** <br> **Tacoma, WA 98411-6626** | - | | Jan 09-Apr 10 <br> Trade debt | | | X | 4,702,262.45 |
| Account No. **252** <br><br> **C3 Worldwide** <br> **2700 West Commodore Way** <br> **Building A-1, Suite 301** <br> **Seattle, WA 98199** | - | | 09/22/09 <br> Trade debt | | | | 2,100.65 |
| Account No. **None** <br><br> **Capital Corrugated Solutions Inc.** <br> **P.O. Box 278060** <br> **Sacramento, CA 95827** | - | | 04/01/10-04/29/10 <br> Services | | | | 3,191.10 |

Sheet no. __1__ of __9__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)   | 4,810,389.08 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

In re **Michael Anthony Management, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **None** <br><br> **Carmichael Overhead Door** <br> **4045 A California Ave.** <br> **Carmichael, CA 95608** | - | | | | 04/30/10-05/05/10 <br> **Installation** | | | | 18,769.00 |
| Account No. **x0646** <br><br> **Coalision** <br> **431 Pine Street Suite 301** <br> **Burlington, VT 05401** | - | | | | 12/20/09 <br> **Trade debt** | | | | 44,590.50 |
| Account No. **xxl503** <br><br> **Dakine** <br> **408 Columbia Ave #300** <br> **Hood River, OR 97031** | - | | | | 01/22/10-01/28/10 <br> **Trade debt** | | | | 291,563.70 |
| Account No. **None** <br><br> **Dan Moeller** <br> **263 Dufour St.** <br> **Santa Cruz, CA 95060** | - | | | | 04/29/10 <br> **Trade debt** | | | | 2,850.00 |
| Account No. **x1575** <br><br> **DC Shoe's Inc.** <br> **P.O. Box 749337** <br> **Los Angeles, CA 90074-9337** | - | | | | 02/01/10 <br> **Trade debt** | | | | 60,825.63 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   418,598.83

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Anthony Management, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx0699**<br><br>**Delta Energy Lighting**<br>**3307 Swetzer Road**<br>**Loomis, CA 95650** | - | | | 04/09/10-05/19/10<br>**Professional services** | | | | 32,460.26 |
| Account No. **xxx3009**<br><br>**Doc's Ski Haus**<br>**2929 Santa Monica Blvd.**<br>**Santa Monica, CA 90404** | - | | | 05/03/10<br>**Trade debt** | | | | 61,444.29 |
| Account No. **x5111**<br><br>**Dragon Alliance LLC**<br>**5803 Newton Drive**<br>**Carlsbad, CA 92008** | - | | | 05/25/10<br>**Trade debt** | | | | 16,051.15 |
| Account No. **None**<br><br>**Eurosocks International**<br>**4575 S. Coach Dr.**<br>**Tucson, AZ 85714** | - | | | **Trade debt** | | | | 220.55 |
| Account No. **None**<br><br>**Eurosocks North America Inc.**<br>**300 Centerville Road**<br>**Warwick, RI 02886** | - | | | 02/24/10-02/26/10<br>**Trade debt** | | | | 18,608.03 |

Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,784.28

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Michael Anthony Management, Inc.**                                    ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x098-6** <br><br> FedEx <br> P.O. Box 7221 <br> Pasadena, CA 91109-7321 | - | | | 04/16/10-05/19/10 <br> Shipping | | | | 388,448.47 |
| Account No. **xE125** <br><br> Flow Sports/Wells Fargo Trade Capital <br> Dept 1794 <br> Denver, CO 80291-1794 | - | | | 07/13/09-05/03/10 <br> Trade debt | | | | 732,128.53 |
| Account No. **xIE01** <br><br> Flux Binding Systems <br> 383 Van Ness Ave. Suite 1603 <br> Torrance, CA 90501 | - | | | 01/15/10 <br> Trade debt | | | | 11,643.60 |
| Account No. **xxxxx0000** <br><br> Helly Hansen <br> P.O. Box 3704 <br> Seattle, WA 98124 | - | | | 01/01/10 <br> Trade debt | | | | 18,124.71 |
| Account No. **xxx5660** <br><br> Holt of California <br> P.O. Box X <br> Sacramento, CA 95813 | - | | | 05/06/10 <br> Trade debt | | | | 1,066.26 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,151,411.57**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Anthony Management, Inc.** ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None** <br><br> **IIWS.Net Concept Development 2711 Octavia St. #401 San Francisco, CA 94123** | - | | 05/01/10 <br> Trade debt | | | | 10,801.31 |
| Account No. **None** <br><br> **Jenn Mahoney P.O. Box 135 Southworth, WA 98386** | - | | 05/24/10 <br> Professional services | | | | 321.30 |
| Account No. **None** <br><br> **Kennedy & Wagner Locksmith 79 Columbia Ave. Roseville, CA 95678** | - | | 05/17/10 <br> Services | | | | 580.68 |
| Account No. **xxx9289** <br><br> **Kuehne + Nagel Inc. P.O. Box 2039 Carol Stream, IL 60132** | - | | 04/01/10 <br> Trade debt | | | | 3,705.75 |
| Account No. **xx-xxx3702** <br><br> **Marker Volkl USA P.O. Box 915197 Dallas, TX 75391-5197** | - | | 01/27/10 <br> Trade debt | | | | 171,129.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  186,538.04

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Anthony Management, Inc.** ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SIER SN**<br><br>**Mervin Manufacturing Inc.**<br>**P.O. Box 514587**<br>**Los Angeles, CA 90051-4587** | - | | 06/22/09-08/31/09<br>Trade debt | | | | 154,347.31 |
| Account No. **Sierra**<br><br>**Next Level**<br>**4119 North Freeway Blvd. Unit C**<br>**Sacramento, CA 95834** | - | | 03/26/10-05/12/10<br>Racking | | | | 150,795.99 |
| Account No. **xx0800**<br><br>**Nitro USA**<br>**5 Commerce Ave.**<br>**West Lebanon, NH 03784** | - | | 02/01/10<br>Trade debt | | | | 215,474.74 |
| Account No. **x0709**<br><br>**Oakley**<br>**File 55716**<br>**Los Angeles, CA 90074-5716** | - | | 01/20/10-02/01/10<br>Trade debt | | | | 760.70 |
| Account No. **None**<br><br>**Paul Lombardi**<br>**6441 Lookout Pass Ct.**<br>**Rocklin, CA 94765** | - | | 04/29/10<br>Tenant improvement services | | | | 340.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

521,718.74

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Anthony Management, Inc.**                                    ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x0051**<br><br>**Quiksilver/QS Wholesale Inc.**<br>**PO Box 749340**<br>**Los Angeles, CA 90074-9340** | - | | | 10/24/09-05/03/10<br>**Trade debt** | | | | 59,823.87 |
| Account No. **x4574**<br><br>**Raymond Handling Concepts Corp.**<br>**41400 Boyce Road**<br>**Fremont, CA 94538-3152** | - | | | 04/08/10-04/23/10<br>**Trade debt** | | | | 2,393.31 |
| Account No. **xxx3700**<br><br>**Rome SDS**<br>**P.O. Box 1323**<br>**Williston, VT 05495** | - | | | 11/13/09-04/01/10<br>**Trade debt** | | | | 333,463.36 |
| Account No. **xxxx3000**<br><br>**Rossignol Ski Company**<br>**75 Remittance Drive Suite 3080**<br>**Chicago, IL 60675-3080** | - | | | 02/26/10-04/15/10<br>**Trade debt** | | | | 102,954.41 |
| Account No. **xxxx1333**<br><br>**S & G Carpet and More**<br>**6010 Stanford Ranch Road**<br>**Rocklin, CA 95765** | - | | | 05/03/10<br>**Tenant improvements** | | | | 30,600.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    529,234.95

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re **Michael Anthony Management, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5841** <br><br> **Salomon** <br> **P.O. Box 3141** <br> **Carol Stream, IL 60132-3141** | - | | 01/05/10-05/10/10 <br> **Trade debt** | | | | 176,642.85 |
| Account No. **xIE04** <br><br> **Sessions/Samsung America Inc.** <br> **C/O Citibank Lockbox Operation** <br> **P.O. Box 7247-7189** <br> **Philadelphia, PA 19170-7189** | - | | 03/04/10 <br> **Trade debt** | | | | 137,184.00 |
| Account No. **Sierra** <br><br> **Shaun Palmer LTD** <br> **CH-8750 Glarus Graubunder** <br> **Kantonalbank** <br> **CH-7002 Chur Switzerland** <br> **Chur, BR 94566** | - | | 03/01/10 <br> **Trade debt** | | | | 152,463.08 |
| Account No. **None** <br><br> **Shipware Systems Corporation** <br> **9245 Dowdy Dr. Suite 221** <br> **San Diego, CA 92126** | - | | 04/30/10 <br> **Trade debt** | | | | 2,500.96 |
| Account No. **xx4150** <br><br> **Smith Sport Optics Inc.** <br> **P.O. Box 4300 Mail Stop 79** <br> **Portland, OR 97208** | - | | 12/30/09-04/01/10 <br> **Trade debt** | | | | 136,102.58 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 604,893.47

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **Michael Anthony Management, Inc.**            ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4133**<br><br>**Surveillance Systems Integration**<br>**4465 Granite Drive Suite 560**<br>**Rocklin, CA 95677** | - | | 04/28/10<br>Services | | | | 9,984.94 |
| Account No. **None**<br><br>**Trico Painting**<br>**1713 Stone Canyon Drive**<br>**Roseville, CA 95661** | - | | 05/03/10<br>Other Bill | | | | 9,717.92 |
| Account No. **xxx9438**<br><br>**Uline**<br>**2200S. Lakeside Drive**<br>**Waukegan, IL 60085** | - | | 04/28/10<br>Trade debt | | | | 1,235.26 |
| Account No. **xx0021**<br><br>**Volcom Inc.**<br>**Dept. LA 23134**<br>**Pasadena, CA 91185-3134** | - | | 04/30/10<br>Trade debt | | | | 3,667.35 |
| Account No. **xxxx2/001**<br><br>**Wigwam Mills Inc.**<br>**P.O. Box 818**<br>**Sheboygan, WI 53082-0818** | - | | 04/01/10<br>Trade debt | | | | 12,549.00 |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    37,154.47

Total (Report on Summary of Schedules)    8,666,863.30

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Michael Anthony Management, Inc.** ,  Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Michael Anthony Management, Inc.**          Case No. _____

                          Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Shareholder/Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 1, 2010** _____        Signature    **/s/ Michael A. Harrosh** _____

                                                  **Michael A. Harrosh**
                                                **Shareholder/Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Michael Anthony Management, Inc.** ,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Anthony Harrosh**<br>**920 Hillview Ct #160**<br>**Milpitas, CA 95035** | | **100%** | **Shareholder** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Shareholder/Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **June 1, 2010** _____          Signature _**/s/ Michael A. Harrosh**_____
                                                    **Michael A. Harrosh**
                                                    **Shareholder/Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Michael Anthony Management, Inc.**
_____     Case No. _____
                                  Debtor(s)    Chapter     **11**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __**8**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **June 1, 2010** _____     **/s/ C. Randall Bupp** _____
                                             Signature of Attorney
                                             **C. Randall Bupp 065345**
                                             **Bardellini, Straw, Cavin & Bupp, LLP**
                                             **2000 Crow Canyon Rd., Ste. 330**
                                             **San Ramon, CA 94583**
                                             **(925) 277-3580   Fax: (925) 277-3591**

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

CA Franchise Tax Board

PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Special Procedures Section
1301 Clay Street
Stop 1400S
Oakland, CA 94612-5210


Michael Anthony Management, Inc.
920 Hillview Ct. #160
Milpitas, CA 95035


C. Randall Bupp, Esq.
Bardellini, Straw, Cavin & Bupp, LLP
2000 Crow Canyon Pl, Ste. 330
San Ramon, CA 94583


1100 Tinker Rd. LLC
920 Hillview Ct. Suite 160
Milpitas, CA 95035


24 Hour Recreational Storage, LLC
1100 Tinker Road #B
Rocklin, CA 95765


686 Westlife Distribution USA,LLC
Wells Fargo Trade Capital LLC
Dept 2150
Denver, CO 80291-2150


Academy Snowboard Co.
2551 State Street Suite 227
Carlsbad, CA 92008

Adtech
1571 E. Whitmore Ave
Ceres, CA 95307


Advanced Security Engineering
7060 Koll Center Parkway Suite 316
Pleasanton, CA 94566


Arbor
102 Washington Blvd.
Venice, CA 90292


Bell Sports Inc.
3367 Paysphere Circle
Chicago, IL 60674


Burton Snowboards
P.O. Box 11628
Tacoma, WA 98411-6626


C3 Worldwide
2700 West Commodore Way
Building A-1, Suite 301
Seattle, WA 98199


CA. State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7072


Capital Corrugated Solutions Inc.
P.O. Box 278060
Sacramento, CA 95827

Carmichael Overhead Door
4045 A California Ave.
Carmichael, CA 95608


Coalision
431 Pine Street Suite 301
Burlington, VT 05401


Dakine
408 Columbia Ave #300
Hood River, OR 97031


Dan Moeller
263 Dufour St.
Santa Cruz, CA 95060


DC Shoe's Inc.
P.O. Box 749337
Los Angeles, CA 90074-9337


Delta Energy Lighting
3307 Swetzer Road
Loomis, CA 95650


Doc's Ski Haus
2929 Santa Monica Blvd.
Santa Monica, CA 90404


Dragon Alliance LLC
5803 Newton Drive
Carlsbad, CA 92008

Eurosocks International
4575 S. Coach Dr.
Tucson, AZ 85714


Eurosocks North America Inc.
300 Centerville Road
Warwick, RI 02886


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Flow Sports/Wells Fargo Trade Capital
Dept 1794
Denver, CO 80291-1794


Flux Binding Systems
383 Van Ness Ave. Suite 1603
Torrance, CA 90501


Helly Hansen
P.O. Box 3704
Seattle, WA 98124


Holt of California
P.O. Box X
Sacramento, CA 95813


IIWS.Net Concept Development
2711 Octavia St. #401
San Francisco, CA 94123

Jenn Mahoney
P.O. Box 135
Southworth, WA 98386


Kennedy & Wagner Locksmith
79 Columbia Ave.
Roseville, CA 95678


Kuehne + Nagel Inc.
P.O. Box 2039
Carol Stream, IL 60132


Marker Volkl USA
P.O. Box 915197
Dallas, TX 75391-5197


Mervin Manufacturing Inc.
P.O. Box 514587
Los Angeles, CA 90051-4587


Next Level
4119 North Freeway Blvd. Unit C
Sacramento, CA 95834


Nitro USA
5 Commerce Ave.
West Lebanon, NH 03784


Oakley
File 55716
Los Angeles, CA 90074-5716

Paul Lombardi
6441 Lookout Pass Ct.
Rocklin, CA 94765


Pitney Bowes
5101 Interchange Way
Louisville, KY 40229


Quiksilver/QS Wholesale Inc.
PO Box 749340
Los Angeles, CA 90074-9340


Raymond Handling Concepts Corp.
41400 Boyce Road
Fremont, CA 94538-3152


Rome SDS
P.O. Box 1323
Williston, VT 05495


Rossignol Ski Company
75 Remittance Drive Suite 3080
Chicago, IL 60675-3080


S & G Carpet and More
6010 Stanford Ranch Road
Rocklin, CA 95765


Salomon
P.O. Box 3141
Carol Stream, IL 60132-3141

Sessions/Samsung America Inc.
C/O Citibank Lockbox Operation
P.O. Box 7247-7189
Philadelphia, PA 19170-7189


Shaun Palmer LTD
CH-8750 Glarus Graubunder Kantonalbank
CH-7002 Chur Switzerland
Chur, BR 94566


Shipware Systems Corporation
9245 Dowdy Dr. Suite 221
San Diego, CA 92126


Smith Sport Optics Inc.
P.O. Box 4300 Mail Stop 79
Portland, OR 97208


Surveillance Systems Integration
4465 Granite Drive Suite 560
Rocklin, CA 95677


Trico Painting
1713 Stone Canyon Drive
Roseville, CA 95661


Uline
2200S. Lakeside Drive
Waukegan, IL 60085


Volcom Inc.
Dept. LA 23134
Pasadena, CA 91185-3134

```
Wigwam Mills Inc.
P.O. Box 818
Sheboygan, WI 53082-0818
```

# United States Bankruptcy Court
## Northern District of California

In re   **Michael Anthony Management, Inc.**          Case No. _____

                              Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Michael Anthony Management, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 1, 2010**                           **/s/ C. Randall Bupp**

Date                                 **C. Randall Bupp 065345**

Signature of Attorney or Litigant

Counsel for   **Michael Anthony Management, Inc.**

**Bardellini, Straw, Cavin & Bupp, LLP**
**2000 Crow Canyon Rd., Ste. 330**
**San Ramon, CA 94583**
**(925) 277-3580 Fax:(925) 277-3591**
**crbupp@bscb.com**