C. RANDALL BUPP, SBN 65345
BARDELLINI, STRAW, CAVIN & BUPP, LLP
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591


MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
MONIQUE JEWETT-BREWSTER, State Bar No. 217792
645 First St. West
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com


Attorneys for Debtor
MICHAEL ANTHONY MANAGEMENT, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-55755 |
| MICHAEL ANTHONY MANAGEMENT, INC. | (Chapter 11) |
| Debtor. | **MOTION FOR ORDER FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004** [ Executive Management, Inc. ] |

Michael Anthony Management, Inc, through its Chief Restructuring Officer Randy Sugarman, respectfully requests an Order for Examination pursuant to Bankruptcy Rule 2004 and, in support thereof, represents as follows:

1. On June 1, 2010, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code in the above entitled Court. The Debtor remains a debtor-in-possession.

2. Up through and after the filing of the relief, certain bookkeeping and accounting services and duties for the Debtor were performed by an affiliate entity, Executive Management, Inc., which performed similar for the Debtor's principal, Michael Harrosh, his family, and other entities controlled by the Harrosh family.

3. On October 14, 2010, Randy Sugarman was appointed the Chief Restructuring Officer and responsible individual for the Debtor. Since November 13, 2010, neither Michael Harrosh nor Executive Management, Inc. have provided day to day accounting and bookkeeping services for the Estate.

4. Executive Management, Inc. remains in possession of a number of books, records, and other documents concerning the Debtor, which are necessary for the administration of this Estate. Despite repeated requests by Mr. Sugarman, Executive Management, Inc. has failed or refused to voluntarily produce these materials for inspection and photocopying.

5. Mr. Sugarman seeks to inspect and copy certain "documents", including electronically stored information, to perform his rights, powers, and obligations as the Chief Restructuring Officer for the Debtor. These "documents" include the following:

    a) All check registers, disbursement journals, payment ledgers, income ledgers, general ledgers, bank statements, cancelled checks, and documents concerning ACH transfers by the Debtor for the period from January 1, 2008 through August 31, 2010;

    b) All invoices for goods and services provided, in whole or in part, to the Debtor for the period from January 1, 2008 through August 31, 2010;

    c) All invoices for goods and services rendered to any person paid by the Debtor paid, in whole or in part, by the Debtor for the period from January 1, 2008 through August 31, 2010;

    d) All "Quickbooks" files and data relating to the Debtor for the period from January 1, 2008 through October 31, 2010;

| | |
|---|---|
| 1 | e) All documents relating to the payment of any tax obligation by the Debtor for the |
| 2 | benefit of itself or any other person or entity for the period from January 1, 2008 |
| 3 | through October 31, 2010; |
| 4 | e) All income tax, sales tax, and payroll tax returns relating to the Debtor for the |
| 5 | years 2007, 2008, 2009, and 2010; |
| 6 | f) All other documents or electronically stored information pertaining to the Debtor. |
| 7 | 6. Good cause exists to compel the production and examination of these |

"documents". Among other things, examination of these documents is necessary to determine (1) whether there are avoidable transfers which may be recovered for the benefit of creditors, (2) whether the Debtor or other parties in interest should object to certain claims, and (3) other rights and liabilities of the Estate.

WHEREFORE, the Trustee prays that the Court enter its Order for Examination of Executive Management, Inc., and for such other and further relief as the Court deems proper.

Dated: December 14, 2010          MacConaghy & Barnier, PLC


 /s/ John H. MacConaghy
By John H. MacConaghy
*Attorneys for Debtor*